**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 05–40810**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey J Calascibetta  
fdba Biltmore Steak House  
5705 Arbor Gate Drive  
Plainfield, IL 60544

Tamara A Calascibetta  
5705 Arbor Gate Drive  
Plainfield, IL 60544

Social Security No.:  
xxx–xx–3188                                         xxx–xx–6211

Employer's Tax I.D. No.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: January 19, 2006

Kenneth S. Gardner, Clerk  
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: corrinal            Page 1 of 2             Date Rcvd: Jan 19, 2006
Case: 05-40810                Form ID: b18              Total Served: 65

The following entities were served by first class mail on Jan 21, 2006.
db         +Jeffrey J Calascibetta,    5705 Arbor Gate Drive,    Plainfield, IL 60586-5731
jdb        +Tamara A Calascibetta,    5705 Arbor Gate Drive,    Plainfield, IL 60586-5731
aty        +John A Reed,    John A Reed Ltd,    63 W Jefferson St    #200,    Joliet, IL 60432-4335
aty        +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,    Chicago, IL 60603-3575
tr         +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
9905159    +A+ Exhaust Hood & Duct Cleanin,    P.O. Box 656,    Westmont, IL 60559-0656
9905163   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court:  American Honda Finance Corp,    P.O. Box 166469,
             Irving, TX  75016-6469)
9905165     AT&T,    P.O. Box 9001309,    Louisville, KY  40290-1309
9905166    +AT&T Long Distance,    c/o Southwest Credit,    5910 W Plano Pkwy # 100,    Plano, TX 75093-2202
9905160    +Advance Me Inc.,    245 Town Park Dr # 400,    Kennesaw, GA 30144-3701
9905161    +Alliance One,    1160 Centre Pointe Dr # 1,    Mendota Heights, MN 55120-1270
9905162     American Express Business Svcs,    P.O. Box 53773,    Phoenix, AZ  85072-3773
9905164    +American Recovery Systems,    1699 Wall St # 300,    Mt Prospect, IL 60056-5788
9905168    +Chase Bank USA NA,    c/o Viking Collection Svc,    7500 Office Ridge Circle,
             Eden Prairie, MN 55344-3782
9905170    +Citibank,    c/o United Recovery Systemse,    5800 N Course Drive,    Houston, TX 77072-1613
9905171     Citibank,    c/o Academy Collection Svc Inc,    10965 Decatur Road,    Philadelphia, PA  19154-3210
9905172     Citifinancial,    11436 Cronhill Dr # H,    P.O. Box 17127,    Baltimore, MD  21297-1127
9905173     Citifinancial Retail Services,    P.O. Box 22060,    Tempe, AZ  85285-2060
9905174     Coca-Cola Enterprises,    2335 Payshere Circle,    Chicago, IL  60674-0021
9905175    +Cornerstone Payment Systems,    12600 Deerfield Pkwy # 375,    Alpharetta, GA 30004-6159
9905176    +Corporate Receivables Inc,    P.O, Box 4115,    Concord, CA 94524-4115
9905177    +Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
9905178    +Creditors Collection Bureau,    P.O. Box 63,    Kankakee, IL 60901-0063
9905179    +Creditors Interchange,    80 Holtz Ave,    Buffalo    , NY 14225-1470
9905180    +Cynergy Data,    109-15 14th Avenue # 200,    College Point, NY 11356-1400
9905181    +Environmental Recycling & Disp,    P.O. Box 675,    Orland Park, IL 60462-0675
9905182    +Fred Pryor Seminars,    c/o Commercial Claims Inc,    1901 Park Dr,    Kansas City, KS 66102-4836
9905183    +Freedman Anselmo Lindberg Rapp,    Attorneys At Law,    1807 W Diehl Road # 333,
             Naperville, IL 60563-1890
9905185    +G C Services,    P.O. Box 26999,    San Diego, CA 92196-0999
9905184    +G C Services,    P.O. Box 1418,    Copperas Cove, TX 76522-5418
9905186    +G C Services,    6330 Gulfton,    Houston, TX 77081-1198
9905187    +Georges & Son Inc,    8412-G Wilmette Ave,    Darien, IL 60561-6419
9905188     Home Depot,    P.O. Box 9100,    Des Moines, IA  50368-9100
9905189    +Household Finance Corp,    2824 Plainfield Road,    Joliet, IL 60435-1167
9905158    +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W Randolph Street,
             Chicago, IL 60601-3218
9905190    +J C Penney,    P.O. Box 981403,    El Paso, TX 79998-1403
9905191    +J.S. Pauluch Co Inc.,    P.O.Bloxo 21170,    Schiller Park, IL 60176-0703
9905157     Kia Financial Services,    P.O. Box 681811,    Franklin    , TN 37068-1811
9905193    +Law Offices Ross Gelfand LLC,    1265 Minhinette Dr # 150,    Roswell, GA 30075-3656
9905194    +Lease Finance Group,    Division of CIT Financial USA,    233 N Michigan Ave # 1800,
             Chicago, IL 60601-5802
9905196    +Milano Bakery Inc,    433 S Chicago Street,    Joliet, IL 60436-2268
9905197     Nationwide Credit Inc,    2015 Vaughn Rd NW # 400,    Kennesaw, GA  30144-7802
9905198    +Pioneer Credit Recovery Inc,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
9905200    +Receivable Management Svcs,    4836 Brecksville Rd,    P.O. Box 523,    Richfield, OH 44286-0523
9905202    +Sam Reicher,    500 W Lockport Street,    Plainfield, IL 60544-1637
9905203    +Sherman Financial,    P.O. Box 10525,    Greenville, SC 29603-0525
9905205    +The Enterprise,    15507 S Rt 59,    Plainfield, IL 60544-2723
9905206     Tiburon Financial LLC,    218A S 108th Ave,    Omaha, NE  68154-2631
9905207    +Tracey Tobin,    713 N Bartlett Avenue,    Plainfield, IL 60544-1917
9905208     U S Cellular,    P.O.Box 7835,    Madison, WI  53707-7835
9905209    +U S Energy Savings Corp,    8600 West Bryn Mawr # 440N,    Chicago, IL 60631-4602
9905210    +US Foodservices - Streator,    c/o Weltman Weinberg & Reis,    1419 Lake Cook Road # 480,
             Deerfield, IL 60015-5228
9905211    +Village of Plainfield,    24000 W Lockport Street,    Plainfield, IL 60544-1778
9905212    +Village of Plainfield,    24000 W Lockporat Street,    Plainfield, IL 60544-1778
9905215    +Wells Fargo Financial Bank,    135 S Weber Road,    Bolingbrook, IL 60490-1565
9905214    +Wells Fargo Financial Bank,    852 Sharp Road # O,    Shorewood, IL 60431-8841

The following entities were served by electronic transmission on Jan 20, 2006 and receipt of the transmission
was confirmed on:
9905167      EDI: CAPITALONE.COM Jan 19 2006 22:41:00      Capital One Services,    P.O. Box 85015,
             Richmond, VA  23285-5015
9905169     +EDI: CHASE.COM Jan 19 2006 22:41:00      Chase Mastercard,    P.O. Box 15919,
             Wilmington, DE 19850-5919
9905156      EDI: COUNTRYWIDE.COM Jan 19 2006 22:41:00      Countrywide Home Loans,    P.O. Box 10221,
             Van Nuys, CA  91410-0221
9905189     +EDI: HFC.COM Jan 19 2006 22:41:00      Household Finance Corp,    2824 Plainfield Road,
             Joliet, IL 60435-1167
9905192     +EDI: CBSKOHLS.COM Jan 19 2006 22:41:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
9905195     +EDI: RESURGENT.COM Jan 19 2006 22:42:00      LVNV Funding,    P.O. Box 740281,
             Houston, TX 77274-0281
9905199      EDI: PROVID.COM Jan 19 2006 22:42:00      Providian National Bank,    P.O. Box 9016,
             Pleasanton, CA  94566-9016
9905201      EDI: TSYS.COM Jan 19 2006 22:41:00      Retail Services,    P.O. Box 15521,
             Wilmington, DE  19850-5521
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2              Date Rcvd: Jan 19, 2006
Case: 05-40810                Form ID: b18                Total Served: 65

The following entities were served by electronic transmission (continued)
9905204        EDI: WTRRNBANK.COM Jan 19 2006 22:41:00     Target National Bank,   P.O.Box 59231,
               Minneapolis, MN  55459-0231
9905213        EDI: TSYS.COM Jan 19 2006 22:41:00    Walmart,   P.O. Box 981064,   El Paso, TX  79998-1064
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Kia Financial Services
9905154*       +Jeffrey J. Calascibetta,    5705 Arbor Gate Drive,    Plainfield, IL 60586-5731
9905155*       +Tamara A. Calascibetta,     5705 Arbor Gate Drive,    Plainfield, IL 60586-5731
                                                                                       TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2006**                    **Signature:**    _Joseph Speetjens_